**FILED**

DEC 0 5 2013

Clerk, U.S. District Court
District Of Montana
Great Falls

**DANNA R. JACKSON**
**Assistant U.S. Attorney**
**U.S. Attorney's Office**
**901 Front Street, Suite 1100**
**Helena, MT 59626**
**Phone: (406) 457-5262**
**FAX: (406) 457-5130**
**Email: danna.jackson@usdoj.gov**

**ATTORNEY FOR PLAINTIFF**
**UNITED STATES OF AMERICA**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 13- 116 -GF-DLC** |
| **Plaintiff,** | **INDICTMENT** |
| **vs.** | **SECOND DEGREE MURDER/AIDING AND ABETTING, (Count I)** Title 18 U.S.C. §§ 1153 and 1111 (Penalty: Life imprisonment, $250,000 fine, and five years supervised release) |
| **GARRETT KIRBY LAFROMBOISE and CECILIA ROSE GARDIPEE,** | |
| **Defendants.** | **ASSAULT RESULTING IN SERIOUS BODILY INJURY/AIDING AND ABETTING, (Count II)** Title 18 U.S.C. §§ 1153(a), 113(a)(6), and 3559(f)(3) (Penalty: Mandatory minimum ten years to life imprisonment, $250,000 fine, and five years of supervised release) |

THE GRAND JURY CHARGES:

1

## COUNT ONE

On or about October 21, 2013, in the State and District of Montana, and on and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendants, GARRETT KIRBY LAFROMBOISE and CECILIA ROSE GARDIPEE, both Indian persons, knowingly killed K.S., with malice aforethought, in violation of 18 U.S.C. §§ 1153(a), 1111(a), and 2.

## COUNT TWO

On or about October 21, 2013, in the State and District of Montana, and on and within the exterior boundaries of the Rocky Boy's Indian Reservation, being Indian Country, the defendants, GARRETT KIRBY LAFROMBOISE and CECILIA ROSE GARDIPEE, both Indian persons, intentionally assaulted K.S., a person who, at the time of the offense, was less than eighteen years of age, said assault being a crime of violence and said assault resulting in serious bodily injury, in violation of 18 U.S.C. §§ 1153(a), 113(a)(6), 3559(f)(3), and 2.

A TRUE BILL.

FOREPERSON

MICHAEL W. COTTER
United States Attorney

KRIS A. McLEAN
Criminal Chief Assistant U.S. Attorney

Crim. Summons
Warrant:
Bail:

3